## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM P. MCNIECE, <br><br> Plaintiff <br><br> v. <br><br> STATE OF CONNECTICUT, STATE OF CONNECTICUT JUDICIAL BRANCH, J. PAUL VANCE, JR,, in his official capacity as the Claims Commissioner for the State of Connecticut, GEORGE JEPSEN, in his official capacity as Attorney General for the State of Connecticut, TOWN OF WATERFORD, and RYAN, RYAN, DELUCA LLP <br><br> Defendants | CIVIL ACTION NO.: <br> **3:15-CV-01036 (MPS)** <br><br><br><br> OCTOBER 1, 2015 |

### **DEFENDANT TOWN OF WATERFORD'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7(a)(1), the defendant, Town of Waterford, hereby moves to dismiss the claims against it set forth in the plaintiff Adam McNiece's complaint dated July 6, 2015. McNiece has asserted claims against the Town of Waterford in Counts II, V, VI, and VII. All of the claims against the Town of Waterford in the various counts should be dismissed on the grounds of abstention. In addition, McNiece has failed to allege the proper elements as to certain causes of action alleged, failed to allege sufficient facts in support of certain causes of action alleged, and failed to properly allege the underlying tort in his claims of civil conspiracy.

For the reasons more fully set forth in the accompanying memorandum of law, the plaintiff McNiece's complaint fails to state a claim upon which relief can be granted against the Town of Waterford.

THE DEFENDANT,
TOWN OF WATERFORD

By: /s/ Juris No. CT 03780
    Stephen G. Murphy, Jr.
    Milano & Wanat LLC
    471 East Main Street
    Branford, Connecticut 06405
    (203)315-7000 (p)
    (203)315-7007 (f)
    smurphy@mwllc.us

## CERTIFICATE OF SERVICE

I hereby certify that on **October 1, 2015**, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Juris No. CT 03780
Stephen G. Murphy, Jr.
Milano & Wanat LLC