UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM P. MCNIECE, : | |
| : | |
| *Plaintiff* : | CIVIL ACTION |
| : | NO.3:15-CV-01036-MPS |
| v. : | |
| : | |
| STATE OF CONNECTICUT, ET AL. : | |
| : | |
| *Defendants* : | |
| : | OCTOBER 13, 2015 |

## STATE DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying Memorandum of Law in Support of State Defendants' Motion to Dismiss, the State Defendants State of Connecticut, Connecticut Judicial Branch and Attorney General George Jepsen (collectively "State Defendants") seek dismissal of Plaintiff's complaint against them in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

    Respectfully Submitted,

    DEFENDANTS

    STATE OF CONNECTICUT, et al.

    GEORGE JEPSEN
    ATTORNEY GENERAL

    BY:/s/ *Maura Murphy Osborne*
    Maura Murphy Osborne
    Assistant Attorney General
    Federal Bar No. ct19987
    55 Elm Street
    P.O. Box 120

>Hartford, CT  06141-0120
>Tel: (860) 808-5020
>Fax: (860) 808-5347
>Maura.MurphyOsborne@ct.gov
>Their Attorney

## CERTIFICATION

The undersigned certifies that on this 13TH day of October 2015, the foregoing Motion to Dismiss was filed with the Court electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Adam P. McNiece
11 Hathaway Road
East Lyme, CT 06333

>/s/ *Maura Murphy Osborne*
>Maura Murphy Osborne
>Assistant Attorney General