UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ADAM P. MCNIECE

                                                CIVIL ACTION NO.: 3:15CV1036(MPS)

Vs.

STATE OF CONNECTICUT
J. PAUL VANCE, JR., *Claims Comm*
GEORGE JEPSEN, */Atty Gen*
TOWN OF WATERFORD
RYAN RYAN DELUCA LLP
JUDICIAL BRANCH, *State of CT*

## JUDGMENT

This action having come on for consideration of the defendants' Motions to Dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling on March 22, 2016 granting the motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 23rd day of March, 2016.

ROBIN D. TABORA, Clerk

By  /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk

EOD 3/23/16